UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS REYES a/k/a<br>"Carlos Juan Rodriguez" | Hon. Tonianne J. Bongiovanni<br><br>Crim. No. 13-309-PGS<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of Brian Reilly, Esq., Assistant Federal Public Defender, attorney for defendant Jesus Reyes, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Reyes without bail pending trial in the above-entitled matter, and for good cause shown:

IT IS, therefore, on this 8th day of May 2013,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Reyes be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Reyes be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Reyes be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney

for the United States, defendant Reyes shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Reyes without bail pending trial is hereby granted, and defendant Reyes is hereby ordered detained pending trial in the above-entitled matter, but defendant Reyes shall have leave of the Court to present a suitable bail package on short notice.

_____
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge